IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LESLIE L. KING, <br> TDCJ #1207346, <br>     Plaintiff, <br><br> v. <br><br> SAJID MURTAZA, *et al.*, <br>     Defendants. | § § § § § § § § | CIVIL ACTION NO. H-05-3169 |

## FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas, on **September 19, 2005.**

_____
Nancy F. Atlas
United States District Judge